| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|
| GLORIA D. TREVINO, ET AL | § | |
| versus | § | CIVIL ACTION NO. B: 04-128 |
| SU CLINICA FAMILIAR, ET AL | § | |

United States District Court
Southern District of Texas
ENTERED
SEP 21 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

# Order Resetting Conference

The initial pre-trial conference set for *September 28, 2004,* has been reset to:

**October 5, 2004 at 9:30 a.m.**

Signed on *September 21*, 2004 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge