United States District Court
Southern District of Texas
ENTERED

SEP 3 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GLORIA D. TREVINO, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | NO. B-04-128 |
| | § | |
| SU CLINICA FAMILIAR A/K/A SU CLINICA | § | |
| FAMILIAR MEDICAL FOUNDATION, AND | § | |
| MARIA JUANA PENA | § | |
| Defendants. | § | |

### ORDER

BE IT REMEMBERED that on September 30, 2004, the Court **ORDERED** the parties to submit a joint discovery/case management plan pursuant to chamber rules no later than 4:00 p.m. on Monday, October 4, 2004.

Additionally, the Court **GRANTS** the United States of America's Motion to Substitute the United States as a Defendant in the above-captioned civil action in place of named Defendants, Su Clinica Familiar and Maria Juana Pena [Dkt. No. 2].

The Clerk of the Court is **ORDERED** to make the necessary substitution in the Court's file and docket.

DONE this 30th day of September, 2004 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge