UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

Gloria D. Trevino §
§
§
Plaintiff §
§
v. § CIVIL ACTION NO. B-04-CV-128
§
Su Clinica Familiar A/K/A Su Clinica §
Familiar Medical Foundation, and §
Maria Juana Pena §
§
§
Defendants. §
§

United States District Court
Southern District of Texas
ENTERED
OCT - 5 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER OF DISMISSAL

It is hereby ordered that Plaintiff's causes of action against defendants are hereby dismissed for lack of subject matter jurisdiction.

Dated: 10/5/04

HILDA TAGLE
UNITED STATES DISTRICT JUDGE