# Civil Courtroom Minutes

| | | |
|---|---|---|
| JUDGE | Hilda G. Tagle | |
| CASE MANAGER | Stella Cavazos | |
| LAW CLERK | ☐ Kovacevic    ■ Levesque | |
| DATE | 10 — 05 — 04 | |
| TIME | 9:43 a.m. — 9:45 a.m. | |
| CIVIL ACTION | B — 04 — 128 | |
| STYLE | Gloria D. Trevino<br>*versus*<br>United States (Su Clinica Familiar, et al) | |



United States District Court
Southern District of Texas
FILED

OCT 05 2004

Michael N. Milby, Clerk of Co

DOCKET ENTRY

(HGT) ■Initial Pre-Trial Hearing;      (Court Reporter: Heather Hall)

Attorney(s) for Plaintiff(s):   Ricardo Antonio Garcia
Attorney(s) for Defendant(s): John Smith III

---

Comments:

Case called. Both counsel appeared. Parties submitted agreed motion to dismiss.

**Court orally granted the Motion to Dismiss.**