<pre>
         UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF TEXAS
              BROWNSVILLE DIVISION
</pre>



United States District Court
Southern District of Texas
FILED

OCT 05 2004 9:44A

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| Gloria D. Trevino | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-04-CV-128 |
| | § | |
| Su Clinica Familiar A/K/A Su Clinica | § | |
| Familiar Medical Foundation, and | § | |
| Maria Juana Pena | § | |
| | § | |
| Defendants. | § | |

## MOTION TO DISMISS

Defendant, The United States of America, hereby moves to dismiss pursuant to Fed. R. Civ. P. 12(b)(1).

1. Su Clinica Familiar and Maria Juana Pena were named as defendants in <u>Gloria Trevino v. Su Clinica Familiar A/K/A Su Clinica Familiar Medical Foundation, and Maria Juana Pena</u> in the County Court at Law No. 3, Cameron County, Texas. The case was filed on or about December 18, 2003.

2. This action was removed to this Court pursuant to 28 U.S.C. §2679(d)(2) because the named defendants, Su Clinica Familiar and Maria Juana Pena, an employee of a public health entity, Su Clinica Familiar, the public health clinic, are deemed covered by the Federal Tort Claims Act by the Department of Health and Human Services, and Maria

Juana Pena was acting within the scope of her employment.

3. Plaintiff did not file an administrative claim with regard to this cause of action prior to filing suit.

4. The failure to timely file an administrative claim under the Federal Tort Claims Act is a jurisdictional defect. *McNeil v. United States,* 508 U.S. 106, 113 S.Ct. 1980, 1984 (1993); *Mac Millan v. United States of America,* 46 F.3d, 377, 380 (5th Cir. 1995); see 28 U.S.C. § 2675(a).

5. "A claimant gives proper notice within the meaning of §2675(a) only when the agency obtains sufficient written information to begin investigating and the claimant places a value on his claim." *Cook v. United States of America,* 978 F.2d 164, 166 (5th Cir. 1992).

WHEREFORE, Defendants pray that the Court dismiss this cause in its entirety, awarding the Defendants costs and all other relief to which they are entitled.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

BY: _____
John A. Smith III
Assistant United States Attorney
State Bar No. 18627450
Federal ID No. 8638
One Shore Line Plaza

800 North Shoreline Blvd
Suite 500
Corpus Christi, Texas 78401
Tel:(361) 888-3111
Fax:(361) 888-3234

Attorney in Charge for Defendants

## CERTIFICATE OF SERVICE

I, John a. Smith III, do hereby certify that a true and correct copy of the foregoing pleading was sent via first class mail, on the 5th day of October, 2004, to the following:

Ricardo Garcia
820 South Main
McAllen, TX. 78501
**Attorney for Plaintiff**

_____
John A. Smith III
Assistant United States Attorney